UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DONNA D. WILLIAMS,

                    Plaintiff,

-against-

CARL FLETCHER,

                    Defendant.
-----------------------------------------------------------------X

JUDGMENT
00-CV- 3714 (SJ)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
MAY 12 2005
P.M.
TIME A.M.

A Memorandum and Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on May 12, 2005, denying plaintiff's motion for summary judgment; and granting defendant's motion to dismiss; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that plaintiff's motion for summary judgment is denied; and that defendant's motion to dismiss is granted.

Dated: Brooklyn, New York
       May 12, 2005

                                                ROBERT C. HEINEMANN
                                                Clerk of Court